**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-00265-REB-MEH

THOMAS DEAN BROWN,

    Applicant,

v.

THE C.D.O.C.,
FMCC WARDEN CARL ZENNON, and
JOHN SUTHERS, The Attorney General of the State of Colorado

    Respondents.

**ORDER ADOPTING RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

    The matters before me are (1) the magistrate judge's **Recommendation For Dismissal** [#22], filed December 15, 2006; and (2) **Petitioner's Objection to the Magistrates Recommendation Pursuant to Fed.R.Civ.P. 72** [#23], filed January 2, 2007. I overrule the objections, approve and adopt the recommendation, and grant defendants' motion to dismiss.

    As required by 28 U.S.C. § 636(b), I have reviewed *de novo* all portions of the recommendations to which cognizable objections have been filed, and have considered carefully the recommendations, the objections, and the applicable case law. In addition, because plaintiff is proceeding *pro se*, I have construed his pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers. **See Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). The

recommendation is detailed and well-reasoned. Plaintiff's objections are without merit.[1] Therefore, I find and conclude that the arguments advanced, authorities cited, and findings of fact, conclusions of law, and recommendation proposed by the magistrate judge should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the magistrate judge's **Recommendation For Dismissal** [#22], filed December 15, 2006, is **APPROVED** and **ADOPTED** as an order of this court;

2. That **Petitioner's Objection to the Magistrates Recommendation Pursuant to Fed.R.Civ.P. 72** [#23], filed January 2, 2007, is **OVERRULED**;

3. That the **Application For a Writ Of Habeas Corpus Pursuant to 28 U.S.C. § 2254** [#3], filed February 16, 2006, is **DENIED**; and

4. That this case is **DISMISSED WITH PREJUDICE**.

Dated April 5, 2007, at Denver, Colorado.

                                                   **BY THE COURT:**

                                                   **s/ Robert E. Blackburn**
                                                   **Robert E. Blackburn**
                                                   **United States District Judge**

---

[1] To the extent petitioner's objections may be construed to raise issues not brought forward in his application for writ of habeas corpus, any such arguments are not properly before me.